UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNIE PHILLIPS,

    PLAINTIFF,

-vs-                                           Case No. 1:15-cv-00110-WTH-GRJ

CORRECTIONAL OFFICER DAVID KEEN,
CORRECTIONAL OFFICER KATHERINE PITTMAN,
DOCTOR RONALD SOLORZANO,

    DEFENDANTS.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation (Doc. 44) regarding the motion to dismiss of defendants Keen and Pittman, and Report and Recommendation (Doc. 45) regarding the motion to dismiss of defendant Solorzano. The parties have been furnished a copy of each Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered each Report and Recommendation, I have determined that each should be adopted. The Report and Recommendation at Doc. 44 and the Report and Recommendation at Doc. 45 are accepted and incorporated herein. The Clerk is directed to enter judgment which states as follows:

"Defendants Keen and Pittman's Motion to Dismiss (Doc. 33) is granted with prejudice as to Count I and is granted without prejudice as to Count III. Defendant Solorzano's Motion to Dismiss (Doc. 37) is denied." The clerk is directed to terminate Keen and Pittman as defendants. The matter is referred back to the Magistrate Judge for further proceedings.

    IT IS SO ORDERED.

    DONE and ORDERED at Gainesville, Florida this 18th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

*Case No: 1:15-cv-00110-WTH-GRJ*