IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

SOLORZANO, et al.,

    Defendants.

Case No. 1:15-cv-110-WTH-GRJ

**STIPULATION TO DISMISSAL WITH PREJUDICE**

COME NOW the Parties, by and through their respective counsel, and stipulate to the voluntary dismissal with prejudice as to Defendant Solorzano, all parties to bear their own fees and costs.

Respectfully submitted on November 27, 2017,

| | |
|---|---|
| *s/ Gregg Toomey* | *s/ James V. Cook* |
| GREGG TOOMEY, ESQ. FBN 159689 | JAMES COOK, ESQ., FBN 0966843 |
| Toomey Law Firm, LLC | Law Office of James Cook |
| 1625 Hendry Street, Suite 203 | 314 West Jefferson Street |
| Fort Myers, FL 33901 | Tallahassee, FL 32301 |
| (239) 337-1630; (239) 337-0307 | (850) 222-8080; (850) 561-0836, fax |
| gat@thetoomeylawfirm.com | cookjv@gmail.com |
| | |
| ATTORNEY FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |